UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| CHAHINE LAHLOU, | * |  |
|---|---|---|
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
| v. | * | Civil Action No. 1:11-10622-JLT |
|  | * |  |
| GREGORY D. DALEY a/k/a | * |  |
| GREG DALEY | * |  |
| d/b/a DALEY MANAGEMENT, | * |  |
|  | * |  |
| Defendant. | * |  |

ORDER

June 21, 2012

TAURO, J.

For the reasons set forth in the accompanying Memorandum, this court hereby orders that:

1. Defendant's Motion of Defendant, Gregory D. Daley, for Summary Judgment Pursuant to Fed.R.Civ.P. 56 [#35] is ALLOWED IN PART and DENIED IN PART. The Motion is ALLOWED as to Count I and DENIED AS MOOT as to Count II of the Complaint [#1-1].

2. The following five motions are DENIED AS MOOT:

    A. Motion of Defendant, Gregory D. Daley, *in Limine* to Preclude Evidence of an Uncollected Certified Letter Sent by Plaintiff's Counsel to Defe[n]dant Relative to Collateral Litigation [#28];

    B. Motion of Defendant, Gregory D. Daley, *in Limine* to Preclude Evidence or Testimony Relating to Insurance Coverage [#29];

    C. Motion of Defendant, Gregory D. Daley, *in Limine* to Limit Plaintiff to Out-of-Pocket Expenses Relative to His Fraud in the Inducement Count [#30];

D.  Motion of Defendant, Gregory D. Daley, *in Limine* to Preclude Plaintiff from Seeking Damages in Excess of Plaintiff's Trial Memorandum [#31];

E.  Motion of Defendant, Gregory D. Daley, *in Limine* to Preclude Evidence Regarding Defendant's Default Judgment in the Previous Litigation between Defendant and Plaintiff [#33].

3. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge